IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-cv-468-WHA |
| ) | |
| TOMBERLIN, YOUNG & FOLMAR ) | (wo) |
| INSURANCE CO. d/b/a SOUTH CENTRAL ) | |
| AGENCY, JOHN S. TOMBERLIN, and ) | |
| HAROLD W. YOUNG, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |
| TOMBERLIN, YOUNG & FOLMAR ) | |
| INSURANCE CO. d/b/a SOUTH CENTRAL ) | |
| AGENCY, JOHN S. TOMBERLIN and ) | |
| HAROLD W. YOUNG ) | |
| ) | |
|     Counterclaimaints ) | |
| ) | |
| v. ) | |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
|     Counterclaim Defendant ) | |

ORDER

This cause is before the court on a Notice of Pending Settlement and Motion for Extension of Deadlines for Completion of Settlement (Doc. #161).

The parties have notified the court that they have settled this case and request an extension of all deadlines for thirty days while they complete the necessary agreements. For good cause shown, it is hereby ORDERED that the Motion is GRANTED and all deadlines are extended for thirty days.

Done this 25th day of October, 2012.

                                                               /s/ W. Harold Albritton  
                                                           W. HAROLD ALBRITTON  
                                                           SENIOR UNITED STATES DISTRICT JUDGE